**Order entered June 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00866-CV

## IN THE INTEREST OF V.A.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21669**

## ORDER

Before the Court is appellant's June 7, 2022 unopposed amended motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 11, 2022**.

/s/    CRAIG SMITH
       JUSTICE